IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ALASKA

AFFIDAVIT OF INSPECTOR KEVIN HORNE

In Support of Criminal Complaint

Case Number: 1:18-mj-___000 58___-LCL

**APPLICATION AND AFFIDAVIT FOR ARREST COMPLAINT**

I, Kevin W. Horne, United States Postal Inspector, do hereby swear and affirm the following facts as being true to the best of my knowledge, information, and belief:

1.      I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail.  I have been a Postal Inspector since July 2016.  As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A),(B),&(C), Conspiracy to Distribute and to Possess with Intent to Distribute a controlled Substance.

a. I am currently assigned to the Seattle Division, specifically to the Anchorage Domicile, which is responsible for the investigating of controlled substance law violations involving the United States Mails.

b. During my career, I have participated in several drug interdictions in the State of Alaska, studying the various mailing characteristics of controlled substance traffickers for incoming and outgoing parcels.

2.      I am submitting this Affidavit in support of a Complaint and Arrest Warrant for Kevin Dominique Leonard, a/k/a Kevin Dominique Kinney and Chantel Jalynn

Epstein who beginning on or before the 10th August 2018, in the District of Alaska and elsewhere did commit a violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A),(B),&(C), Conspiracy to Distribute and to Possess with Intent to Distribute a controlled Substance;

3.     Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the application for an arrest warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.

## RELEVANT FACTS

4.     On August 9, 2018, Priority Mail Express 2-Day Parcel 9470 1036 9930 0038 9146 02 was identified by a Postal Inspector, addressed to "C.EPSTEIN THE FAMILY OF 1050 SALMON CREEK LN D101 JUNEAU AK 99801-7831" from "BRET MARTIN LIFE ACUME 18419 DEVONSHIRE ST NORTHRIDGE CA 91325-1007" (Herein referred to as the Subject Parcel.)

5.     On August 9, 2018, Federal Search Warrant 1:18-MJ-00053-LCL was obtained and executed by Postal Inspectors. The Subject Parcel was found to contain Approximately 1,351.31 gross grams of a crystalline substance which field tested positive for methamphetamine which was concealed in five (5) bundles wrapped in multiple layers of saran wrap, vacuum sealed bags, and black duct tape. Approximately 159.43 gross grams of a hard black substance which field tested positive for heroin was concealed in two (2) bundles wrapped in multiple layers of saran wrap, vacuum sealed bags, and black duct tape. Approximately 28.8 gross grams of a chalky white substance which field tested positive for cocaine was concealed inside waxy envelopes, vacuum

2

sealed bags, and duct tape. All of the above narcotics were taped inside of a speaker. The speaker was then sealed shut with the factory screws and addition tape from the inside. This was then placed inside of the Subject Parcel. Based on my training and experience, as well as that of the other agents investigating this case, this amount of methamphetamine, heroin, and cocaine is consistent with possession with intent to distribute. Also based on my training and experience, as well as conversations with other law enforcement officers who investigate narcotic cases in the Juneau, Alaska area, this amount of methamphetamine coupled with the average percentage of purity of methamphetamine would suggest that this methamphetamine would be consistent with 50 grams or more of actual methamphetamine.

6.     As a result of the seizure on August 10, 2018, Order Number 1:18-MJ-00055-LCL was obtained from a United States Magistrate Judge authorizing the installation and monitoring of an electronic alerting device and electronic tracking device in the Subject Parcel and recovery of these devices by entry of premises where the parcel is opened.

7.     Law enforcement officers removed the original narcotics and inserted representative samples of methamphetamine, heroin, and cocaine along with a sham product into the parcel along with two tracking and monitoring devices. One monitoring device was placed inside the parcel, so it would emit a break-tone signal upon opening of the exterior box of the parcel. In addition to that monitoring device, a GPS tracking device was placed with the representative samples of the seized methamphetamine, heroin, and cocaine taped to it and was placed inside of the sham inside the speaker.

8.     At approximately 3:00 PM on August 10, 2018, Postal Inspectors delivered the subject parcel to the recipients address, 1050 SALMON CREEK LN D101 JUNEAU

3

AK 99801-7831. Inspector Kevin Horne posed as a United States Postal Service (USPS) mail carrier, and delivered the Subject Parcel to the recipient's address. Inspector Horne knocked twice on the recipient door and left the Subject Parcel at the front door.

9.    Surveillance teams set up around the recipient's address of 1050 SALMON CREEK LN D101 JUNEAU AK 99801-7831 and monitored the GPS tracking and the monitoring device. Surveillance teams witness a female individual drive up to the recipient address and pick up the subject parcel and place the subject parcel inside of her vehicle. The female individual was later identified as Chantel Epstein.

10.    Surveillance teams followed and observed Epstein throughout the evening. At approximately 4:00pm, Epstein met up with a male individual, who placed the subject parcel in his vehicle. The male individual was later identified as Kevin Leonard.

11.    The surveillance teams witness Leonard drive and park his vehicle with the subject parcel at a paid parking lot in downtown Juneau, AK. Surveillance teams then watched Leonard walk towards and enter the Baranof Hotel, 127 N. Franklin St, Juneau AK. Surveillance teams were able to identify the room Leonard was staying in. The room number is 601.

12.    At approximately 7:46 PM, surveillance teams witness Epstein drive and park her vehicle and walked towards Leonard vehicle and remove the subject parcel from the back of the vehicle. Epstein then proceeded to walk towards and enter the Baranof Hotel with the subject parcel.

13.    At approximately 7:50 PM, the tracking device showed the Subject Parcel at 127 N. Franklin St, Juneau AK inside the Baranof Hotel.

14.    At approximately 8:00 PM, Officers heard the electronic monitoring device emitting the break-tone, indicating that the Subject Parcel had already been opened.

4

15.     Officers and agents made entry into Leonard room (601) approximately 5 minutes after they first heard the break-tone. They then executed the beeper Order 01:18-MJ-00055-LCL. Inside the room, officers made contact with Epstein and Leonard and placed them into custody.

16.     While executing the beeper order, the Subject Parcel was found inside the room, as well as multiple firearms. The speaker which contained the representative sample, sham narcotics, and GPS tracking device was found on the secondary roof below room 601. The window in room 601 was broken.

17.     Postal Inspectors then checked hands and clothing for clue spray with positive results on both Epstein and Leonard. Pictures were taken.

18.     Based on my training and experience as a Postal Inspector and the aforementioned factors, your affiant believes that Chantel Epstein and Kevin Leonard did beginning on or before the 10th of August 2018, in the District of Alaska and elsewhere did violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(A),(B),&(C), Conspiracy to Distribute and to Possess with Intent to Distribute a controlled Substance.

19.     FURTHER AFFIANT SAYETH NAUGHT

Signature Redacted

Kevin Horne
United States Postal Inspector

SWORN AND SUBSCRIBED to before me this 13th day of
Aug.         , 2018, at Juneau, Alaska.

/S/ LESLIE LONGENBAUGH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

UNITED STATES MAGISTRATE JUDGE

5